~~SEALED~~

FILED
JUL 15 2015
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2015
JULY 14, 2015 SESSION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:15-cr-00145
 21 U.S.C. § 846

EARNEST J. MOORE,
   also known as "Dollar"
   also known as "Dollar Bill"
ANTHONY D. LATHAM,
   also known as "Buddy"
RASHEED T. LATHAM,
   also known as "Re Re"
KALEIGH HORN
ANTOINE TERRY,
   also known as "Rick"

# I N D I C T M E N T

The Grand Jury Charges:

From in or about January 2013, to on or about May 7, 2014, at or near Point Pleasant, Mason County, West Virginia, within the Southern District of West Virginia and elsewhere, defendants EARNEST J. MOORE, also known as "Dollar" and "Dollar Bill," ANTHONY D. LATHAM, also known as "Buddy," RASHEED T. LATHAM, also known as "Re Re," KALEIGH HORN, and ANTOINE TERRY, also known as "Rick," and other persons whose identities are both known and unknown to the Grand Jury, knowingly conspired to commit offenses in violation of 21 U.S.C. § 841(a)(1), that is,

knowingly and intentionally to distribute heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 846.

                R. BOOTH GOODWIN II
                United States Attorney

By: _____
     JOHN J. FRAIL
     Assistant United States Attorney