IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

FILED
FEB 21 2017
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.   CRIMINAL ACTION NO. 3:15-00145-01

EARNEST J. MOORE,
    also known as "Dollar"
    also known as "Dollar Bill"

## WRITTEN PLEA OF GUILTY

In the presence of A. Courtenay Craig my counsel, who has fully explained the charge contained in the superseding indictment against me, and having received a copy of the superseding indictment before being called upon to plead, I hereby plead guilty to the charge contained in the superseding indictment.

DATE: 2/21/17

_____
DEFENDANT

WITNESS:

_____
COUNSEL FOR DEFENDANT